IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COMMON CAUSE and** \* <br> **GEORGIA STATE CONFERENCE** \* <br> **OF THE NAACP,** \* <br> \* <br> **Plaintiffs,** \* <br> \* <br> v. \* <br> \* <br> **BRIAN KEMP, individually and in** \* <br> **his official capacity as Secretary of** \* <br> **State of the State of Georgia,** \* <br> \* <br> **Defendant.** \* <br> _____ \* | **Civil Action No.** <br> **1:16CV00452-TCB** |

### DEFENDANT KEMP'S BRIEF IN SUPPORT OF
### MOTION TO DISMISS

COMES NOW BRIAN KEMP, Georgia Secretary of State, by and through his attorney of record, the Attorney General of the State of Georgia, and files this Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6).

The basis for the motion is more fully set forth in the accompanying Brief in Support of Motion to Dismiss.

Respectfully submitted,

SAMUEL S. OLENS        551540
Attorney General


DENNIS R. DUNN         234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General
rwillard@law.ga.gov

/s/Julia B. Anderson
JULIA B. ANDERSON      017560
Senior Assistant Attorney General
janderson@law.ga.gov

/s/Cristina Correia
CRISTINA CORREIA       188620
Assistant Attorney General
ccorreia@law.ga.gov

/s/Josiah Heidt
JOSIAH HEIDT           104183
Assistant Attorney General
jheidt@law.ga.gov

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 656-7063
 Fax:  404-651-9325

2

## Certificate of Service

I hereby certify that on March 4, 2016, I electronically filed Defendant Brian Kemp's Motion to Dismiss using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Emmet J. Bondurant, II
    Jason J. Carter
    Chad Lennon
    Bondurant Mixson & Elmore, LLP
    1201 West Peachtree Street, N.W.
    3900 One Atlantic Center
    Atlanta , GA  30309-3417

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 4th day of March, 2016.

                                              /s/Cristina Correia
                                              Cristina Correia            188620
                                              Assistant Attorney General